[Nos. 42509-2-II; 42522-0-II;   Division Two.   November 13, 2013.]
42708-7-II.

THE STATE OF WASHINGTON, *Respondent* v. MAUA SIAMUPENI
MUASAU, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. DAMOS L. HANDSOM,
*Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL ANTONIO
SMITH, *Appellant*.

Appeals from a judgment of the Superior Court for Pierce
County, No. 10-1-03381-7, John R. Hickman, J., entered
August 26, 2011. *Affirmed* by unpublished opinion per
Johanson, A.C.J., concurred in by Penoyar and Bjorgen, JJ.

[No. 42599-8-II.   Division Two.   November 13, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. JUAN JOSE RECINOS,
*Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 10-1-00872-3, Ronald E. Culpepper, J., entered
September 2, 2011. *Affirmed* by unpublished opinion per
Johanson, A.C.J., concurred in by Penoyar and Bjorgen, JJ.

[No. 42635-8-II.   Division Two.   November 13, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. KENNETH RAY
YOUNGBLOOD, *Appellant*.

Appeal from a judgment of the Superior Court for Grays
Harbor County, No. 10-1-00185-1, David L. Edwards, J.,
entered September 23, 2011. *Reversed* and *remanded with
instructions* by unpublished opinion per Worswick, C.J.,
concurred in by Hunt and Johanson, JJ.